1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division

4  JAMES C. MANN (CASBN 221603)
   Assistant United States Attorney

5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone:  (510) 637-3705
7     Facsimile:   (510) 637-3724
      E-Mail:      James.C.Mann@usdoj.gov

8

9  Attorneys for Plaintiff

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                          OAKLAND DIVISION

14

15  UNITED STATES OF AMERICA,          )     No.  CR-10-00221 SBA
                                       )
16         Plaintiff,                  )
                                       )     ORDER EXCLUDING TIME PURSUANT
17     v.                              )     TO THE SPEEDY TRIAL ACT
                                       )
18  JORGE CAZAHONDA,                   )     Date:       April 6, 2010
                                       )     Time:       10:00 a.m.
19         Defendant.                  )     Court:      Hon. Donna M. Ryu
                                       )
20                                     )
                                       )
21  _____)

22         Defendant Jorge Cazahonda is charged in a three-count indictment with (1) possession

23  with intent to distribute methamphetamine, in violation of Title 21, United States Code, Sections

24  841(a)(1) and 841(b)(1)(B)(viii); (2) possession of a firearm in furtherance of a drug trafficking

25  crime, in violation of Title 18, United States Code, Section 924(c); and (3) being a felon in

26  possession of a firearm and ammunition, in violation of Title 18, United States Code, Section

27  922(g)(1).  On April 6, 2010, defendant appeared for a detention hearing before this Court.  This

28  ORDER RE: TIME EXCLUSION
    CR-10-00221 SBA                          1

1    Court set the matter for a further detention hearing on April 14, 2010 at 10:00 a.m.  Additionally,

2    the parties agreed to an exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. § 3161)

3    from April 6, 2010 to April 14, 2010, in light of the need for defense counsel to review discovery

4    produced by the United States and to investigate this matter further.  Failure to grant the

5    requested continuance would unreasonably deny defense counsel reasonable time necessary for

6    effective preparation, taking into account the exercise of due diligence.  Given these

7    circumstances, the Court found that the ends of justice served by excluding the period from April

8    6, 2010 to April 14, 2010 outweigh the best interest of the public and the defendant in a speedy

9    trial.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

10         IT IS HEREBY ORDERED that:

11            With the consent of defendant Cazahonda, the period from April 6, 2010 to April

12   14, 2010 is excluded from the Speedy Trial Act calculations for effective preparation of counsel

13   and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

14

15   IT IS SO ORDERED

16

17   DATED: April 6 , 2010

18                                                     _____
                                                      HONORABLE DONNA M. RYU
19                                                    United States Magistrate Judge

20

21

22

23

24

25

26

27

28   ORDER RE: TIME EXCLUSION
     CR-10-00221 SBA                              2