**FILED**

APR 1 4 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>     Plaintiff,  )<br>   v.  )<br>  )<br>JORGE CAZAHONDA,  )<br>  )<br>     Defendant.  )<br>_____ ) | No. CR-10-00221-SBA (DMR)<br><br>DETENTION ORDER |

### I. DETENTION ORDER

Defendant Jorge Cazahonda is charged in a three-count indictment with violations of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) (possession with intent to distribute a Schedule II controlled substance); 18 U.S.C. § 924(c)(1)(A) (possession of a firearm in furtherance of a drug trafficking crime); and 18 U.S.C. § 922(g)(1)( felon in possession of a firearm and ammunition). The United States moved for Mr. Cazahonda's detention, and asked for a detention hearing as permitted by 18 U.S.C. § 3142(f)(1). Mr. Cazahonda did not request a full bail study. Pretrial Services did, however, prepare a criminal record report. On April 14, 2010, this Court conducted detention proceedings during which the parties gave limited proffers. Mr. Cazahonda waived his right

DETENTION ORDER
CR 10-00221-SBA (DMR)                                    1
cc:  Copies to parties via ECF, Lisa, Pretrial Svcs., 2 Certified copies to US Marshal

without prejudice to present additional information at a later date should circumstances change.

After considering the limited information currently available to the Court, and the factors set forth in 18 U.S.C. § 3142(g), the Court detains Mr. Cazahonda and finds that no condition or combination of conditions will reasonably assure the appearance of Mr. Cazahonda as required. Because the Court finds that defendant should be detained on that basis, the Court does not now reach the question of whether defendant poses a danger to the community. *See* 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).

Specifically, considering the factors in 18 U.S.C. § 3142(g), the Court notes that Mr. Cazahonda's criminal history includes a conviction for evading a police officer, as well as two parole violations. Defendant currently is subject to two state parole holds. Accordingly, the Court finds that the Government has established serious risk of flight by a preponderance of the evidence.

## II. CONCLUSION

The Court detains Mr. Cazahonda as a serious flight risk. Because Mr. Cazahonda waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Mr. Cazahonda's request at any future time.

Mr. Cazahonda shall remain committed to the custody of the Attorney General.

IT IS SO ORDERED.

DATED: April 14, 2010

DONNA M. RYU
United States Magistrate Judge

DETENTION ORDER
CR 10-00221-SBA (DMR)                    2