JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JAMES C. MANN (CASBN 221603)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3705
    Facsimile:  (510) 637-3724
    E-Mail:     James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>   v. )<br>JORGE CAZAHONDA, )<br>        Defendant. )<br>_____ ) | No. CR-10-00221 SBA<br><br>ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT<br><br>Date:   April 14, 2010<br>Time:  10:00 a.m.<br>Court:  Hon. Donna M. Ryu |

      Defendant Jorge Cazahonda is charged in a three-count indictment with (1) possession with intent to distribute methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii); (2) possession of a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c); and (3) being a felon in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1). On April 14, 2010, defendant appeared for a detention hearing before this Court.

ORDER RE: TIME EXCLUSION
CR-10-00221 SBA                         1

1. This Court further set the matter for a status hearing on April 27, 2010 at 9:00 a.m. before the Honorable Saundra Brown Armstrong.  Additionally, the parties agreed to an exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. § 3161) from April 14, 2010 to April 27, 2010, in light of the need for defense counsel to review discovery produced by the United States and to investigate this matter further.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Given these circumstances, the Court found that the ends of justice served by excluding the period from April 14, 2010 to April 27, 2010 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS HEREBY ORDERED that:

With the consent of defendant Cazahonda, the period from April 14, 2010 to April 27, 2010 is excluded from the Speedy Trial Act calculations for effective preparation of counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED

DATED: April 15, 2010

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge

GRANTED
Judge Donna M. Ryu

ORDER RE: TIME EXCLUSION
CR-10-00221 SBA                                     2