UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00221 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO EXCLUDE TIME UNDER |
| v. | ) ) | THE SPEEDY TRIAL ACT |
| JORGE CAZAHONDA, | ) ) | Date: July 27, 2010 Time: 9:00 a.m. |
| Defendant. | ) ) | Court: Hon. Saundra Brown Armstrong |
| | ) ) | |

The parties jointly requested that time be excluded under the Speedy Trial Act between July 26, 2010 and August 5, 2010 to allow for the effective preparation of counsel, taking into account the exercise of due diligence. The government has produced substantial discovery to the defense, including approximately 130 pages of prior arrest reports on July 20, 2010. Defendant needs additional time to review the discovery that has been produced and to investigate this matter. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that time between July *27*, 2010 and August 5, 2010 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

DATED:7/27/10

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO EXCLUDE TIME
No. CR-10-00221 SBA