1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant CAZAHONDA
5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    )   No. CR 10-00221 SBA
12             Plaintiff,           )
                                    )   STIPULATION AND ORDER FOR
13     v.                           )   CONTINUANCE OF STATUS DATE
                                    )
14                                  )
                                    )
15 JORGE CAZAHONDA,                 )
                                    )
16             Defendant.           )

17     IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in
18 this case, currently scheduled for August 5, at 2:00 a.m. before Honorable Judge Saundra Brown
19
   Armstrong, may be continued to Tuesday, September 21, 2010, at 9:00 a.m. for status.  The reason
20
21 for the request is that defense counsel is continuing with its investigation, including having the drugs

22 in this case weighed and its purity evaluated by a defense expert.  Should the Court grant the

23 continuance to September 21, 2010, it should allow enough time for counsel to complete this
24
   investigation and be prepared to proceed.
25
       The parties stipulate that the time from August 5, 2010,  to September 21, 2010, should be
26

1 excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and
2 (B)(iv) for adequate preparation of counsel to allow counsel additional time to conduct it's
3 investigation including having the drugs retested for weight and purity.
4
5 DATED: 8/03/10                           _____/s/_____
                                           JOYCE LEAVITT
6                                          Assistant Federal Public Defender
7
8 DATED: 8/03/10                           _____/s/_____
                                           JAMES MANN
9                                          Assistant United States Attorney
10
11
12
13     I hereby attest that I have on file all holographed signatures for any signatures indicated by a
14 conformed signature (/s/) within this e-filed document.
15
16
17
18
19
20
21
22
23
24
25
26

*United States v. Cazahonda*, CR 10-00221 SBA
Stip. to Continue Status                    - 2 -

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case, currently scheduled for August 5, 2010, at 2:00 p.m. before Honorable Judge Saundra Brown Armstrong, may be continued to Tuesday, September 21, 2010, at 9:00 a.m. for status.

IT IS FURTHER ORDERED that the time from August 5, 2010, to September 21, 2010, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel, so that defense counsel can continue with its investigation including reweighing and testing the drugs for purity.  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:8/4/10

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge