1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Acting Criminal Chief

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3680
7       Facsimile:  (510) 637-3724
        E-Mail:     James.C.Mann@usdoj.gov
8
9  Attorneys for Plaintiff

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )   No. CR-10-00221 SBA
                                       )
14       Plaintiff,                    )   STIPULATED REQUEST TO CONTINUE
                                       )   HEARING DATE TO NOVEMBER 19,
15  v.                                 )   2010 AND TO EXCLUDE TIME UNDER
                                       )   THE SPEEDY TRIAL ACT
16  JORGE CAZAHONDA,                   )
                                       )   Date:    November 10, 2010
17       Defendant.                    )   Time:    10:00 a.m.
                                       )   Court:   Hon. Laurel Beeler
18                                     )
                                       )
19

20       The above-captioned matter is set on November 10, 2010 before this Court.  The parties

21  request that this Court continue the hearing to November 19, 2010 at 10:00 a.m., and that the

22  Court exclude time under the Speedy Trial Act between the date of this stipulation and

23  November 19, 2010.

24       The government has produced substantial discovery to the defense, including

25  approximately 130 pages of prior arrest reports on July 20, 2010.  Defense counsel needs

26  additional time to review the discovery that has been produced and to investigate this matter.

27  Additionally, defense counsel submitted (during the week of September 6, 2010) the narcotics at

28  issue in this case to a defense expert for testing and recently received the results.  Defense

STIP. REQ. TO CONTINUE HEARING DATE TO NOVEMBER 19, 2010 AND TO EXCLUDE TIME
No. CR-10-00221 SBA

1 counsel needs time to further discuss the testing results with the expert and with defendant.
2 Defense counsel provided the testing results to the government, and government counsel also
3 needs time to review the same. The parties agree the ends of justice served by granting the
4 continuance outweigh the best interests of the public and defendant in a speedy trial. Therefore,
5 the parties further stipulate and request that the Court exclude time between the date of this
6 stipulation and November 19, 2010 under the Speedy Trial Act for effective preparation of
7 counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

9 DATED: November 9, 2010

12 /s/
JAMES C. MANN
Assistant United States Attorney
13 Counsel for United States

/s/
JOYCE LEAVITT
Counsel for Jorge Cazahonda

STIP. REQ. TO CONTINUE HEARING DATE TO NOVEMBER 19, 2010 AND TO EXCLUDE TIME
No. CR-10-00221 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JORGE CAZAHONDA,<br><br>    Defendant. | No. CR-10-00221 SBA<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO NOVEMBER 19, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   November 10, 2010<br>Time:   10:00 a.m.<br>Court:  Hon. Laurel Beeler |

The parties jointly requested that the hearing in this matter be continued from November 10, 2010 to November 19, 2010, and that time be excluded under the Speedy Trial Act between November 9, 2010 and November 19, 2010 to allow for the effective preparation of counsel, taking into account the exercise of due diligence. The government has produced substantial discovery to the defense, including approximately 130 pages of prior arrest reports on July 20, 2010. Defense counsel needs additional time to review the discovery that has been produced and to investigate this matter. Additionally, defense counsel submitted (during the week of September 6, 2010) the narcotics at issue in this case to a defense expert for testing and recently received the results. Defense counsel needs time to further discuss the testing results with the expert and with defendant. Defense counsel provided the testing results to the government, and

STIP. REQ. TO CONTINUE HEARING DATE TO NOVEMBER 19, 2010 AND TO EXCLUDE TIME
No. CR-10-00221 SBA

1  government counsel also needs time to review the same.  The parties agree the ends of justice
2  served by granting the continuance outweigh the best interests of the public and defendant in a
3  speedy trial.  For these stated reasons, the Court finds that the ends of justice served by granting
4  the continuance outweigh the best interests of the public and defendant in a speedy trial.  Good
5  cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

6  **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
7  November 10, 2010 to November 19, 2010 at 10:00 a.m., and that time between November 9,
8  2010 and November 19, 2010 is excluded under the Speedy Trial Act to allow for the effective
9  preparation of counsel, taking into account the exercise of due diligence.

11  DATED: November 12, 2010

_____
LAUREL BEELER
United States Magistrate Judge

STIP. REQ. TO CONTINUE HEARING DATE TO NOVEMBER 19, 2010 AND TO EXCLUDE TIME
No. CR-10-00221 SBA