MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Criminal Chief

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3705
   Facsimile:   (510) 637-3724
   E-Mail:     James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JORGE CAZAHONDA,<br><br>    Defendant. | No. CR-10-00221 SBA<br><br>[PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT<br><br>Date:    November 19, 2010<br>Time:    10:00 a.m.<br>Court:   Hon. Laurel Beeler |

     Defendant Jorge Cazahonda is charged in a three-count indictment with (1) possession with intent to distribute methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii); (2) possession of a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c); and (3) being a felon in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1). On November 19, 2010, defendant appeared for a status hearing before this Court. This Court set the matter for a further status hearing on December 3, 2010 at 10:00 a.m.

[PROPOSED] ORDER RE: TIME EXCLUSION
CR-10-00221 SBA                       1

Additionally, the parties agreed to an exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. § 3161) from November 19, 2010 to December 3, 2010, for continuity of defense counsel (who will be out of the office the week of November 22, 2010) and effective preparation of counsel. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would unreasonably deny defendant continuity of counsel. Given these circumstances, the Court found that the ends of justice served by excluding the period from November 19, 2010 to December 3, 2010 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS HEREBY ORDERED that:

With the consent of defendant Cazahonda, the period from November 19, 2010 to December 3, 2010 is excluded from the Speedy Trial Act calculations for continuity of defense counsel, effective preparation of counsel, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED

DATED: November 22, 2010

_____
HONORABLE LAUREL BEELER
United States Magistrate Judge

[PROPOSED] ORDER RE: TIME EXCLUSION
CR-10-00221 SBA                                2