MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Criminal Chief

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3680
   Facsimile:   (510) 637-3724
   E-Mail:      James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-10-00221 SBA |
|---|---|---|
| Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE HEARING DATE TO DECEMBER 13, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| JORGE CAZAHONDA, | ) | Date:     December 3, 2010 |
| Defendant. | ) | Time:    10:00 a.m. |
| | ) | Court:   Hon. Donna M. Ryu |

       The above-captioned matter is set on December 3, 2010 before this Court. The parties request that this Court continue the hearing to December 13, 2010 at 10:00 a.m., and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and December 13, 2010.

       The government has produced substantial discovery to the defense. Defense counsel needs additional time to review the discovery that has been produced and to investigate this matter. Additionally, defense counsel submitted the narcotics at issue in this case to a defense expert for testing and recently received the results. Defense counsel needs time to further discuss the testing results, and the import of the same, with defendant. Additionally, defense

STIP. REQ. TO CONTINUE HEARING DATE AND TO EXCLUDE TIME
No. CR-10-00221 SBA

counsel was out of the office and unavailable during the week of November 22, 2010, and sick during the week of November 29, 2010. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Therefore, the parties further stipulate and request that the Court exclude time between the date of this stipulation and December 13, 2010 under the Speedy Trial Act for effective preparation of counsel, continuity of defense counsel, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: December 1, 2010

_____/s/_____    _____/s/_____
JAMES C. MANN                              JOYCE LEAVITT
Assistant United States Attorney           Counsel for Jorge Cazahonda
Counsel for United States

STIP. REQ. TO CONTINUE HEARING DATE AND TO EXCLUDE TIME
No. CR-10-00221 SBA

|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-10-00221 SBA |
| --- | --- | --- |
| Plaintiff, | ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO DECEMBER 13, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| JORGE CAZAHONDA, | ) | |
| Defendant. | ) | Date:  December 3, 2010<br>Time:  10:00 a.m.<br>Court: Hon. Donna M. Ryu |
| | ) | |

The parties jointly requested that the hearing in this matter be continued from December 3, 2010 to December 13, 2010, and that time be excluded under the Speedy Trial Act between December 1, 2010 and December 13, 2010 to allow for the effective preparation of defense counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

The government has produced substantial discovery to the defense.  Defense counsel needs additional time to review the discovery that has been produced and to investigate this matter.  Additionally, defense counsel submitted the narcotics at issue in this case to a defense expert for testing and recently received the results.  Defense counsel needs time to further discuss the testing results, and the import of the same, with defendant.  Additionally, defense counsel was out of the office and unavailable during the week of November 22, 2010, and sick

STIP. REQ. TO CONTINUE HEARING DATE AND TO EXCLUDE TIME
No. CR-10-00221 SBA

1  during the week of November 29, 2010.  The parties agree the ends of justice served by granting
2  the continuance outweigh the best interests of the public and defendant in a speedy trial.  For
3  these stated reasons, the Court finds that the ends of justice served by granting the continuance
4  outweigh the best interests of the public and defendant in a speedy trial.  Good cause appearing
5  therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

6  **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
7  December 3, 2010 to December 13, 2010 at 10:00 a.m., and that time between December 1, 2010
8  and December 13, 2010 is excluded under the Speedy Trial Act to allow for the effective
9  preparation of defense counsel, taking into account the exercise of due diligence, and continuity
10 of defense counsel.

12 DATED:  12/1/2010                                   _____
                                                      HON. DONNA M. RYU
13                                                    United States Magistrate Judge

STIP. REQ. TO CONTINUE HEARING DATE AND TO EXCLUDE TIME
No. CR-10-00221 SBA