UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Case No. CR-10-00221 SBA |
| | ) | |
| Plaintiff, | ) | STIPULATED ORDER EXCLUDING TIME |
| v. | ) | UNDER THE SPEEDY TRIAL ACT |
| | ) | |
| Jorge Cazahonda, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated by the parties on the record on December 16, 2010, the Court excludes time under the Speedy Trial Act from December 16, 2010 to _January 28_, _2011_ and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factors:

\_\_\_\_   Failure to grant a continuance would be likely to result in a miscarriage of justice.
       *See* 18 U.S.C. § 3161(h)(7)(B)(i).

\_\_\_\_   The case is so unusual or so complex, due to *[check applicable reasons]* \_\_\_\_ the number of
       defendants, \_\_\_\_ the nature of the prosecution, or \_\_\_\_ the existence of novel questions of fact
       or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial
       itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

\_\_\_\_   Failure to grant a continuance would deny the defendant reasonable time to obtain counsel,
       taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

\_X\_\_   Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given
       counsel's other scheduled case commitments, taking into account the exercise of due diligence.
       *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

\_X\_\_   Failure to grant a continuance would unreasonably deny the defendant the reasonable time
       necessary for effective preparation, taking into account the exercise of due diligence.
       *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: December _16_, 2010

_____
DONNA M. RYU
United States Magistrate Judge

STIPULATED: _____       _____
           Attorney for Defendant                 James C. Mann
                                                  Assistant United States Attorney