MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail:    James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>JORGE CAZAHONDA,  )<br>  )<br>    Defendant.  )<br>  )<br>_____ ) | No. CR-10-00221 SBA<br><br>STIPULATED REQUEST TO CONTINUE HEARING DATE TO MARCH 10, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    January 28, 2011<br>Time:    10:00 a.m.<br>Court:   Hon. Donna M. Ryu |

    The above-captioned matter is set on January 28, 2011 before this Court. The parties request that this Court continue the hearing to March 10, 2011 at 9:30 a.m., and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and March 10, 2011.

    At defendant's request, new counsel was appointed on December 16, 2010. The government has produced substantial discovery, and new defense counsel needs additional time to review the discovery that has been produced and to investigate this matter. Additionally, defense counsel has requested that the government obtain additional discovery, which the government is attempting to do. The parties agree the ends of justice served by granting the

STIP. REQ. TO CONTINUE HEARING DATE AND TO EXCLUDE TIME
No. CR-10-00221 SBA

1  continuance outweigh the best interests of the public and defendant in a speedy trial.  Therefore,
2  the parties further stipulate and request that the Court exclude time between the date of this
3  stipulation and March 10, 2011 under the Speedy Trial Act for effective preparation of counsel,
4  and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

6  DATED: January 25, 2011

9  _____/s/_____                    _____/s/_____
   JAMES C. MANN                                    KENNETH WILLIAM MCGUIRE
   Assistant United States Attorney                 Counsel for Jorge Cazahonda
10 Counsel for United States

STIP. REQ. TO CONTINUE HEARING DATE AND TO EXCLUDE TIME
No. CR-10-00221 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00221 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING |
| v. | ) ) | DATE TO MARCH 10, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY |
| JORGE CAZAHONDA, | ) ) | TRIAL ACT |
| Defendant. | ) ) ) ) ) | Date: January 28, 2011<br>Time: 10:00 a.m.<br>Court: Hon. Donna M. Ryu |

The parties jointly requested that the hearing in this matter be continued from January 28, 2011 to March 10, 2011, and that time be excluded under the Speedy Trial Act between January 25, 2011 and March 10, 2011 to allow for the effective preparation of defense counsel, taking into account the exercise of due diligence.

At defendant's request, new counsel was appointed on December 16, 2010. The government has produced substantial discovery, and new defense counsel needs additional time to review the discovery that has been produced and to investigate this matter. Additionally, defense counsel has requested that the government obtain additional discovery, which the government is attempting to do. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. For these

STIP. REQ. TO CONTINUE HEARING DATE AND TO EXCLUDE TIME
No. CR-10-00221 SBA

1  stated reasons, the Court finds that the ends of justice served by granting the continuance
2  outweigh the best interests of the public and defendant in a speedy trial.  Good cause appearing
3  therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

4  **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
5  January 28, 2011 and March 10, 2011, and that time between January 25, 2011 and March 10,
6  2011 is excluded under the Speedy Trial Act to allow for the effective preparation of defense
7  counsel, taking into account the exercise of due diligence.

DATED: 1/26/2011

HON. DONNA M. RYU
United States Magistrate Judge

STIP. REQ. TO CONTINUE HEARING DATE AND TO EXCLUDE TIME
No. CR-10-00221 SBA