MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail:     James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00221 SBA |
| ) | |
| Plaintiff, ) | STIPULATED REQUEST TO CONTINUE |
| ) | HEARING DATE TO APRIL 19, 2011 |
| v. ) | AND TO EXCLUDE TIME UNDER THE |
| ) | SPEEDY TRIAL ACT |
| JORGE CAZAHONDA, ) | |
| ) | Date:     March 29, 2011 |
| Defendant. ) | Time:    10:00 a.m. |
| ) | Court:   Hon. Donna M. Ryu |
| ) | |
| ) | |

     The above-captioned matter is set on March 29, 2011 before this Court.  Defense counsel, however, cannot appear on that date.  The parties, therefore, request that this Court continue the hearing to April 19, 2011 at 10:00 a.m. before the Honorable Saundra Brown Armstrong, and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and April 19, 2011.

     At defendant's request, new counsel was appointed on December 16, 2010.  The government has produced substantial discovery, and new defense counsel needs additional time to review the discovery that has been produced, to investigate this matter, and to meet with defendant.  Additionally, defense counsel is not available to appear between March 29, 2011 and

STIP. REQ. TO CONTINUE HEARING DATE AND TO EXCLUDE TIME
No. CR-10-00221 SBA

April 19, 2011.  The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Therefore, the parties further stipulate and request that the Court exclude time between the date of this stipulation and April 19, 2011 under the Speedy Trial Act for effective preparation of counsel, continuity of defense counsel, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: March 29, 2011

_____/s/_____              _____/s/_____
JAMES C. MANN                                KENNETH WILLIAM MCGUIRE
Assistant United States Attorney             Counsel for Jorge Cazahonda
Counsel for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00221 SBA | |
| Plaintiff, ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO APRIL 19, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT | |
| v. ) | | |
| JORGE CAZAHONDA, ) | | |
| Defendant. ) | Date: March 29, 2011<br>Time: 10:00 a.m.<br>Court: Hon. Donna M. Ryu | |

Due to defense counsel's unavailability, the parties jointly requested that the hearing in this matter be continued from March 29, 2011 to April 19, 2011 at 10:00 a.m. before the Honorable Saundra Brown Armstrong, and that time be excluded under the Speedy Trial Act between March 29, 2011 and April 19, 2011 to allow for the effective preparation of defense counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

At defendant's request, new counsel was appointed on December 16, 2010. The government has produced substantial discovery, and new defense counsel needs additional time to review the discovery that has been produced, to investigate this matter, and to meet with defendant. Additionally, defense counsel is not available to appear between March 29, 2011 and April 19, 2011. The parties agree the ends of justice served by granting the continuance

STIP. REQ. TO CONTINUE HEARING DATE AND TO EXCLUDE TIME
No. CR-10-00221 SBA

1  outweigh the best interests of the public and defendant in a speedy trial.  For these stated
2  reasons, the Court finds that the ends of justice served by granting the continuance outweigh the
3  best interests of the public and defendant in a speedy trial.  Good cause appearing therefor, and
4  pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that the hearing in this matter is continued from March 29, 2011 and April 19, 2011, and that time between March 29, 2011 and April 19, 2011 is excluded under the Speedy Trial Act to allow for the effective preparation of defense counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

DATED:  3/30/2011

_____
HON. DONNA M. RYU
United States Magistrate Judge

STIP. REQ. TO CONTINUE HEARING DATE AND TO EXCLUDE TIME
No. CR-10-00221 SBA