UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JORGE CAZAHONDA,<br><br>    Defendant. | No. CR-10-00221 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON JULY 20, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    May 3, 2011<br>Time:    10:00 a.m.<br>Court:   Hon. Saundra Brown Armstrong |

The parties jointly requested that the status hearing in this matter be vacated and that this matter be set for change of plea and sentencing on July 20, 2011 at 10:00 a.m. The parties further requested that time be excluded under the Speedy Trial Act between May 2, 2011 and July 20, 2011 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office. Defendant agreed that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

**IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on July 20, 2011 at 10:00 a.m., and that time between May 2, 2011 and July 20, 2011 is excluded

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON JULY 20, 2011 & TO EXCLUDE TIME
No. CR-10-00221 SBA

1  under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for
2  consideration by the Court of a proposed plea agreement to be entered into by the defendant and
3  the attorney for the government.
4      **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a
5  Presentence Investigation Report.

7  DATED:_5/3/11                                  _____
8                                                   HON. SAUNDRA BROWN ARMSTRONG
                                                 United States District Judge